James L. Buchal, OSB No. 921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:  503-227-1011
*Attorney for Defendants*

THE HONORABLE ADRIENNE C. NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUSAN M. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>STOPANTISEMITISM, a private entity, individually and doing business as STOPANTISEMITISM.ORG, and LIORA REZNICHENKO, an individual,<br><br>    Defendants. | No. 3:25-cv-02082-AN<br><br>**DECLARATION OF LIORA REZNICHENKO IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE** |

I, Liora Reznichenko**,** hereby declare:

**Introduction**

1.      I am the Founder and Executive Director at StopAntisemitism, a grassroots watchdog organization founded in 2018.  I make this Declaration in support of Defendants' Special Motion to Strike.

2.      I have personal knowledge of the matters stated in this declaration unless otherwise indicated, and I am competent to testify to them.

**StopAntisemitism's Mission and Operations**

3.      StopAntisemitism is a national watchdog organization focused on tracking, documenting, and exposing incidents of antisemitism in the United States.  Our mission is to ensure accountability, raise awareness, and highlight threats to Jewish safety and civil rights.

4.      Since its founding, StopAntisemitism has regularly published reports, alerts, and weekly features designed to inform the public about antisemitism expressed by public figures, educators, activists, and institutions.

5.      One such recurring feature is called "Corrupting the Classroom," which highlights educators whose publicly posted statements raise concerns regarding their ability to foster a safe environment for Jewish students.

6.      "Corrupting the Classroom" features rely exclusively on publicly accessible material, including the subject's own public statements and posts.  We do not rely on anonymous sources or private communications.

7.      The majority of our tips come in as anonymous sources; the team then vets each one for accuracy.

**Plaintiff's Social Media Posts**

8.      In July 2024, StopAntisemitism reviewed Plaintiff Susan Lewis's public Facebook profile, which contained numerous posts concerning Israel, Hamas, Zionism, and Jews.

9.      The posts were fully public, not private, at the time StopAntisemitism reviewed them.  Her profile is publicly viewable as of the date of this Declaration.

10.      Attached hereto as Exhibit 1 are true and correct screenshots of StopAntisemitism's August 21, 2024 posts.

11. The post included screenshots of Plaintiff's social media statements.

12. StopAntisemitism created archive links to retain access to each post. The archive links were included in the blog post.

13. Attached hereto as Exhibit 2 are true and correct screenshots of Plaintiff's November 2, 2023 Facebook post in which she wrote:

> *"Yeah these Hamas militants are going to wipe out Israel with their homemade bombs, small arms, hang gliders, grenades and sling shots. Be afraid, be very afraid."*

14. Attached as Exhibit 3 are true and correct screenshots of an October 22, 2018 post Plaintiff reshared on Facebook declaring:

> *"If Jewish people want their own state they shouldn't put it on someone else's state. Genocide is no way to make a state!"*

15. Attached as Exhibit 4 are screenshots of an April 4, 2024 graphic Plaintiff posted defining Zionism as:

> *"An inherently violent & terroristic movement for colonizing Palestine through the theft of Palestinian land and the ethnic cleansing of indigenous Palestinians in order to create a Jewish-supremacist settler colony."*

16. Attached as Exhibit 5 are screenshots of Plaintiff's October 21, 2018 post on Facebook stating:

> *"Zionist Jews have managed to mentally condition humanity to accept and remain silent as they commit genocide in Palestine."*

17. Attached as Exhibit 6 is a true and correct screenshot of Plaintiff's February 16, 2024 photograph posted on Facebook depicting herself in a keffiyeh with her face fully covered except for her eyes and glasses.

**Creation of the "Corrupting the Classroom" Profile**

18.     After reviewing these posts, the StopAntisemitism team assembled the "Corrupting the Classroom" feature on Plaintiff.

19.     Every statement included in the feature was based solely on Plaintiff's own publicly posted words and images.

20.     The feature included screenshots of the original posts so readers could directly view her statements and draw their own conclusions.

21.     The four characterizations Plaintiff challenges in her Complaint are summaries of, or commentary on, the posts attached as Exhibits 1–6.

**Public Reaction and Independence of the School Decision**

22.     StopAntisemitism received multiple public comments from concerned individuals reacting to Plaintiff's posts and to our feature. These comments were typical of responses we receive to similar profiles.

23.     We do not know why Valley Catholic chose not to renew Plaintiff's contract.

**Accuracy and Good Faith**

24.     All statements made in the "Corrupting the Classroom" feature were made in good faith and were based on Plaintiff's own public statements.

25.     At no time did I believe that anything we published was false or misleading.

26.     The screenshots attached as Exhibits 1–6 are true and correct representations of the posts as they appeared on Plaintiff's public Facebook page.

27.     I believed then, and believe now, that StopAntisemitism's commentary was a fair and accurate reflection of Plaintiff's statements and the concerns they raise regarding student safety.

**Conclusion**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2025, at Miami, Florida.

LIORA REZNICHENKO

# Exhibits

**Exhibit 1**
StopAntisemitism's August 21, 2024 posts.





**Exhibit 2**
Plaintiff's November 2, 2023 Facebook post on Hamas militants.



**Exhibit 3**
October 22, 2018 post on Jewish statehood reshared by Plaintiff.



**Exhibit 4**
Plaintiff's post defining Zionism.



**Exhibit 5**
Plaintiff's post on Jews mentally conditioning humanity.



**Exhibit 6**
Plaintiff's photograph posted February 16, 2024 in a keffiyeh.



 Sue Lewis
February 16, 2024 · 🌐

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I electronically filed the foregoing

**DECLARATION OF LIORA REZNICHENKO IN SUPPORT OF DEFENDANTS'**

**SPECIAL MOTION TO STRIKE** with the Clerk of the Court using the CM/ECF system,

which will send notification of this filing to the attorneys of record and all registered participants.

*/s/  James L. Buchal*
James L. Buchal