**J. Clay McCaslin**, OSB No. 041684
E-mail address: clay@mccaslinfirm.com
Law Office of J. Clay McCaslin, PC
1211 SW Fifth Avenue, Suite 2250
Portland, OR 97204
Telephone: (503) 239-1910
Fax: (503) 926-9150
*Attorney(s) for Plaintiff*

THE HONORABLE ADRIENNE C. NELSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SUSAN M. LEWIS, | Case No. 3:25-cv-02082-AN |
| Plaintiff, | **DECLARATION OF SUSAN M. LEWIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| v. | |
| STOPANTISEMITISM, a private entity, individually and doing business as STOPANTISEMITISM.ORG, and LIORA REZNICHENKO, an individual, | |
| Defendants | |

I, Susan M. Lewis, hereby declare as follows:

1. I make this declaration in support of Plaintiff's Response to Defendants' Special Motion to Strike in the above-referenced case.

2. I have been a professional musician and a private music teacher for over 30 years. I was previously employed through an independent contract with Valley Catholic Music Department ("Valley Catholic") in Beaverton, Oregon until August 21, 2024.

**DECLARATION OF SUSAN M. LEWIS**

**Page 1**

3. While at Valley Catholic, I was not part of the regular teaching staff. My work at Valley Catholic consisted of teaching private violin and cello lessons to Valley Catholic students, as well as other members of the community. I did not teach any formal "classes" or have any classroom assigned to me while teaching at Valley Catholic. I was assigned practice rooms at three different buildings throughout the K-12 campus, where I taught private music lessons. I also taught the strings class at the Valley Catholic Music Department summer camp. Most of those students were from the community and did not attend Valley Catholic.

4. Prior to August 2024, I posted some of my opinions regarding certain geopolitical events, including but not limited to the war in Gaza and its occupation by Israeli armed forces, on my personal Facebook page. At no time did I ever mention or discuss any of these matters or concerns with my students at Valley Catholic. These were strictly my personal views and opinions, which I expressed entirely outside of the summer music camp and the private lessons with my students at Valley Catholic.

5. On or about August 21, 2024, the defendants in this case featured me in a social media post on their X.com page, which included a series of false and misleading statements that the defendants made about me and wrongfully attributed to me. The post also included the name of my employer at the time, Valley Catholic Music Department, along with the school's contact information, and urged readers to contact Valley Catholic and demand that I be removed from my teaching position.

**DECLARATION OF SUSAN M. LEWIS**

**Page 2**

6. Following this posting, I received a torrent of hateful comments and direct messages, some of which were violent and threatening, from strangers who had read the postings on defendants' social media platforms and contacted me directly to condemn and threaten me after reading defendants' false and misleading statements about me. The comments are included in Exhibit 1 to this declaration.

7. On August 21, 2024, the very same day that defendants posted their statements about me on X.com, Valley Catholic Music Department informed me that it would not be renewing my contract for the 2024-2025 school year.

8. Attached hereto as Exhibit 1 are screenshots of August 21, 2024 postings by defendants to their X.com page, along with the user comments. The postings mock me, vilify me, and celebrate the termination of my teaching contract by Valley Catholic.

9. On August 25, 2024, the defendants featured me in a post to their Facebook page entitled "Corrupting the Classroom," in which a photo of me appeared next to a series of false and misleading statements that defendants wrongfully attributed to me.

10. Attached as Exhibit 2 are screenshots of the August 25, 2024 postings to defendants' Facebook page.

11. Attached as Exhibit 3 is a screenshot of a comment on my professional Facebook Page on August 25, 2025 from a person purporting to be "Rose Hoffner" on behalf of defendant StopAntisemitism. The message stated: "...Thanks to our advocacy, Sue Lewis has been terminated by her employer, Valley Catholic High School."

**DECLARATION OF SUSAN M. LEWIS**

**Page 3**

12. Attached as Exhibit 4 is a post dated September 18, 2024 from StopAntisemitism's X.com page, in which defendants updated their August 21, 2024 posting as follows: "UPDATE: antisemite Sue Lewis is thankfully no longer teaching at Valley Catholic High School." The comments to defendants' posting are also included in Exhibit 1 to this declaration.

13. Attached as Exhibit 5 is a Facebook post on September 30, 2024 by an individual purporting to be "Chaim Gleitmann" accusing me of antisemitism and heralding defendant StopAntisemitism's "advocacy efforts" in getting me removed from my teaching position at Valley Catholic. The post appears to be shared directly from StopAntisemitism's Facebook page and includes a photograph of myself and two other individuals along with our respective names and the words "FIRED."

14. Attached as Exhibit 6 is a direct private message that I received on or about October 7, 2024 via Facebook Messenger from an individual purporting to be "Gillian Murphy," again on behalf of defendant StopAntisemitism. The message stated: "Our dedicated team has tirelessly fought to expose the antisemites…leading to arrests, firing, expulsions and canceled events…including …50 medical professional and 2 dozen educators!"

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 15th day of December, 2025.

*Susan M. Lewis*
Susan M. Lewis

**DECLARATION OF SUSAN M. LEWIS**

**Page 4**

Most relevant replies ⌄

 **StopAntisemitism** ✔ @StopAntis... · 8/21/24 ⋯
**Sue Lewis** continues her antisemitic tirades:

- denies the Jewish connection to Israel
- claims Jews control humanity, a dangerous trope
- labels Zionism (Jewish self-determination) as a terror movement based on Jewish supremacy

Students at @_ValleyCatholic are in grave danger under Sue Lewis.

**Concerned?** Email info@valleycatholic.org

Lewis' posts are listed below:
- archive.is/z0VCP
- archive.is/hvY1B
- archive.is/FL9SO
- archive.is/YkhSn
- archive.is/HPmTf
- archive.is/rzZz8
- archive.is/dQ9ao



ılıl 16K

Post your reply

     

**Exhibit 1**
**Page 1 of 37**



👋 hey guys, Sue Lewis here. I got this information from an extensive investigative report from the Israeli newspaper Haaretz. It's called the Hannibal Directive which authorizes the IDF to strike buildings harboring Hamas fighters together with Israeli hostages. Link coming

💬    🔁    ♡         ᵢₗᵢ 16    🔖  ⬆️

**Bill Dawson** @DampDogBill · 8/22/24

Everything she said was factually about Israel. Anti Zionism is not antisemitism it is the ONLY stance for decency and humanity.

💬 12    🔁    ❤️ 11     ᵢₗᵢ 642    🔖  ⬆️

**Sue Lewis** @SueLewis214776 · 18h

👋Sue Lewis here. I sources everything carefully. I studied the Palestine/Israel conflict for three years on a university level. I started out as a Zionist. I was absolutely heartbroken when I found out I had been lied to all my life.

💬    🔁    ♡         ᵢₗᵢ 11    🔖  ⬆️

**BiteBack** ✓ @IHearTheShofar · 8/21/24

@_ValleyCatholic is this WHAT ROMAN CATHOLICISM TEACHES?
CONTACT THEM: ⚡
Valley Catholic School is a private Roman Catholic school in Beaverton, Oregon, United States, within the Archdiocese of Portland.
Address: 4275 SW 148th Ave, Beaverton, OR 97078
Founded: 1903

Post your reply

🏠    🔍    ▭    👥    🔔    ✉️

Exhibit 1
Page 2 of 37

**Nichole Liza** ✔ @nicholelizaq · 8/21/24
Hey @_ValleyCatholic what are you doing about your antisemitic teacher?

💬 6　　🔁 19　　♡ 108　　📊 2.6K　　🔖　⬆️

**Renee Giraldy** ✔ @ReneeGiraldy · 2d
She doesn't speak for anyone

💬 1　　🔁　　♡ 1　　📊 674　　🔖　⬆️

**Sammy** ✔ @SammySosaC · 1d
She's a hero

💬 3　　🔁　　❤️ 1　　📊 97　　🔖　⬆️

**Rainmaker** ✔ @spaceninja2024 · 2d
These people are just plain crazy. Pitiful humans.

💬　　🔁　　♡ 2　　📊 279　　🔖　⬆️

**Picajolo** @borisvoncina · 8/21/24
Where is she wrong?

💬 2　　🔁 1　　❤️ 9　　📊 339　　🔖　⬆️

**Rhonda perling** @rhondaperling · 8/22/24
How about a follow up from valley catholic hs?

💬　　🔁　　♡ 2　　📊 173　　🔖　⬆️

**Democratic Deb** @DemocraticDeb · 8/22/24
UNACCEPTABLE. @_ValleyCatholic

💬　　🔁 1　　♡ 4　　📊 349　　🔖　⬆️

**Leslie Shaw** @ShawBuckfalls13 · 8/21/24
😤😤😤😤😤😤😤😤😤😤😤😤😤

💬　　🔁　　♡　　📊 253　　🔖　⬆️

Post your reply

🏠　　🔍　　⬜　　👥　　🔔　　✉️

Exhibit 1
Page 3 of 37

 **True Blue** @scardykitty · 8/21/24

At a Catholic school? Beyond the pale. Fire her now.

💬 1          🔁 1          ♡ 17          📊 617          🔖    ⬆️

 **Stephen Jones** @Nonpartisan123 · 2d

Fire her immediately.

💬          🔁          ♡ 1          📊 153          🔖    ⬆️

 **KamalaCrats=Nazis**🇺🇸 🇮🇱 @Behi... · 8/21/24

> This post might include sensitive content.
> Change settings

 **Mark** @pissedoffpuppy1 · 8/22/24

She said absolutely nothing wrong and everything she said has been proven true.

💬 3          🔁 1          ❤️ 6          📊 190          🔖    ⬆️

 **Hummingbird456** @hummingbird... · 8/21/24

I graduated from there and I'm disgusted. They will hear from me.

💬 1          🔁          ♡ 10          📊 325          🔖    ⬆️

 **Marianne Vitaliano** @MarianneVit... · 8/21/24

Beaverton, OR. Valley Catholic High School, why are you employing an vile antisemite teacher?

💬 1          🔁 2          ♡ 17          📊 449          🔖    ⬆️

 **@JeSuisSarahHalimi** 🎗️ @Sydney... · 8/21/24

These people are mentally ill.

Post your reply

          Q                    👥          🔔          ✉️

Exhibit 1
Page 4 of 37

@_ValleyCatholic NOT Christian. 🤬

💬  ⟲ 8  ♡ 17  ılıl 598  🔖  ⬆️

**BRO-CHOICE. Abortion is health...** · 8/22/24  ···
Fire Sue Lewis for hate crime against Americans
of Jewish ethnicity

💬  ⟲ 1  ♡ 4  ılıl 245  🔖  ⬆️

**Gloria lubenstein** @GLubenstein · 8/21/24  ···
Fire her

💬  ⟲  ♡ 2  ılıl 304  🔖  ⬆️

**Real Aussie** @Ausfairdinkum · 8/21/24  ···
How does someone who is so ignorant get to be a
teacher? It is beyond my comprehension. 🤪

💬  ⟲  ♡ 3  ılıl 110  🔖  ⬆️

**Israel will win** @RashidAbid62845 · 8/21/24  ···
Old shriveled up cat. Lonely with nothing to do.
Why not join the Pro-Palestinian crap? Wind bag.

💬 1  ⟲  ♡ 8  ılıl 249  🔖  ⬆️

**working 2019** @working085 · 8/21/24  ···
Has she been fired yet?

💬 1  ⟲  ♡ 1  ılıl 197  🔖  ⬆️

**Harrison** @Harriso59092532 · 8/21/24  ···
@EYakoby @ShirionOrg

💬  ⟲ 1  ♡ 2  ılıl 248  🔖  ⬆️

**Alex Joffe** @DrAlexJoffe · 8/21/24  ···
she should be famous

Post your reply

🏠  🔍  ⬜  👥  🔔  ✉️

Exhibit 1
Page 5 of 37

**Post**

If you want to see real antisemitism, look no further than @morgschriner

💬 8　　🔁 2　　♡ 3　　📊 430　　🔖　⬆️

---

YaffahAng4Everll 🎗 #JusticeFor... · 8/21/24 · · ·
@_ValleyCatholic NOT Christian. 😡

💬　🔁 8　　♡ 17　　📊 598　　🔖　⬆️

---

**BRO-CHOICE. Abortion is health...** · 8/22/24 · · ·
Fire Sue Lewis for hate crime against Americans of Jewish ethnicity

💬　🔁 1　　♡ 4　　📊 245　　🔖　⬆️

---

**Gloria lubenstein** @GLubenstein · 8/21/24　· · ·
Fire her

💬　🔁　　♡ 2　　📊 304　　🔖　⬆️

---

**Real Aussie** @Ausfairdinkum · 8/21/24　· · ·
How does someone who is so ignorant get to be a teacher? It is beyond my comprehension. 🤪

💬　🔁　　♡ 3　　📊 110　　🔖　⬆️

---

**Israel will win** @RashidAbid62845 · 8/21/24　· · ·
Old shriveled up cat. Lonely with nothing to do. Why not join the Pro-Palestinian crap? Wind bag.

💬 1　🔁　　♡ 8　　📊 249　　🔖　⬆️

---

**working 2019** @working085 · 8/21/24　· · ·
Has she been fired yet?

💬 1　🔁　　♡ 1　　📊 197　　🔖　⬆️

---

**Harrison** @Harrisn59092532 · 8/21/24　· · ·

Post your reply

🏠　　🔍　　⬜　　👥　　🔔　　✉️

Exhibit 1
Page 6 of 37

💬  🔁  ♡ 1  📊 133  🔖  ⬆️

🇺🇸 **Philly Proper** 🏳️‍🌈 🇮🇱 @phillypr... · 8/21/24  •••
Def not a good Catholic.

💬 1  🔁  ♡ 5  📊 337  🔖  ⬆️

**Aylzhur** @hurwi2145 · 8/21/24  •••
🤢

💬  🔁  ♡ 1  📊 391  🔖  ⬆️

**Lorelei123** 🇺🇸 🇮🇱 @Lorelei123639... · 8/21/24  •••
So not very Catholic of this school.

💬  🔁  ♡ 7  📊 343  🔖  ⬆️

**Viv** @vivi_bibik · 8/21/24  •••
Deplorable.

💬  🔁  ♡ 2  📊 202  🔖  ⬆️

**Deplorable Grammy** @ritmom_82 · 8/21/24  •••
she has to be fired

💬  🔁  ♡ 1  📊 111  🔖  ⬆️

**Steven H.** @StevenH15390993 · 8/21/24  •••
The loving, and tolerate one.  LMAO

No wonder that city is so screwed up.  Have
dunces like this poisoning the kiddies brains.

💬  🔁  ♡ 2  📊 68  🔖  ⬆️

**mamabrown** 🇮🇱 @mamabrown52 · 8/22/24  •••
Fire her

💬  🔁  ♡ 1  📊 97  🔖  ⬆️

Post your reply

🏠  🔍  🖊️  👥  🔔  ✉️

Exhibit 1
Page 7 of 37

she has to be fired

♡ 1     111

**Steven H.** @StevenH15390993 · 8/21/24

The loving, and tolerate one. LMAO

No wonder that city is so screwed up. Have dunces like this poisoning the kiddies brains.

♡ 2     68

**mamabrown** 🇮🇱 @mamabrown52 · 8/22/24

Fire her

♡ 1     97

**CA** @tenduce · 8/21/24

Sue Lewis = 👿

♡ 1     311

**Imsocializing** @ASBOBETCH · 8/22/24

POS!

💬 1     ♡ 1     53

**KM4949** 🍊 🦎 @KM49491 · 2d

White liberal woman are the worse. Especially when they play dress up and spread lies and hate. All under the guise of tolerance.

♡ 3     47

**bluemoon** @BluemoonTo5516 · 2d

Thank you Thank you for exposing this cockroach

♡ 1     9

Post your reply

Exhibit 1
Page 8 of 37

Look, if you stop giving your woman that deep dicking. She will turn to the explosive vests that are ticking.

💬 2     🔁     ♡ 1     📊 72     🔖    ↑

**Sue Lewis** @SueLewis214776 · 14h
Im 70 years old, I just took the opportunity to retire, I was past retirement . But I'm still teaching...I even discovered some of your fake Facebook accounts by doing a Google reverse search on the pictures. Now I'm in the process of process of letting them know they've been Show more

💬     🔁     ♡     📊 4     🔖    ↑

🇺🇸 **Satori Larson** ✔ @Satori9990 · 2d
Good

💬     🔁     ♡ 15     📊 1.2K     🔖    ↑

**Paul** @nolapaulperse · 1d
And not one lie was told. Israel did kill many of their own. That's a fact that you deny.

💬 1     🔁     ❤️ 1     📊 17     🔖    ↑

**Sue Lewis** @SueLewis214776 · 20h
👋 Sue Lewis here! Yes and I quoted it from the Israeli newspaper Haaretz! They're too lazy to look it up! Thanks, its been brutal and everyone is gloating that I got fired, it was my dream job but it's worth it to speak truth against genocide

💬 2     🔁     ♡ 1     📊 13     🔖    ↑

Show replies

Post your reply

     

Exhibit 1
Page 9 of 37

**DiHaggis I'm Back and Thank You El...** ✔ · 2d · · ·
Fantastic news 👏 👏 👏

💬　　⟲　　♡ 13　　ıllı 807　　🔖　⬆

**Shai Goldman** ✔ @shaig · 2d　· · ·
keep up the great work!

💬　　⟲　　♡ 19　　ıllı 1.8K　　🔖　⬆

**Elizabeth G** ✔ @Smokeysrules · 2d　· · ·
How the heck did she get hired by a Catholic
School?

💬 3　　⟲　　♡ 20　　ıllı 529　　🔖　⬆

**fabumi** @fabumiduck · 1d　· · ·
was she welcomed with open arms @columbia?

💬 1　　⟲　　♡　　ıllı 13　　🔖　⬆

**Sue Lewis** @SueLewis214776 · 21h　· · ·
👋 Sue Lewis here. I'm in good company with
the teachers and students at Columbia who
bravely risk expulsion or being fired for speaking
out against genocide, apartheid occupation and
ethnic cleansing. I feel honored to be fired for
that. The Germans were silent as Hitler went
on Show more

💬　　⟲　　♡　　ıllı 6　　🔖　⬆

**Eric Leibman** @eric_leibman · 1d　· · ·
Details?

💬 1　　⟲　　♡ 1　　ıllı 33　　🔖　⬆

**Sue Lewis** @SueLewis214776 · 20h　· · ·

Post your reply

🏠　　🔍　　▱　　👥　　🔔　　✉

Exhibit 1
Page 10 of 37



**AnimalFarm1945** ✔ @Farm1945A · 2d

'sue lewis' a terrorist wanna be is taken out of the pubic's eye temporarily, something is better than nothing. Thank you for your work.

💬 2     ↻ 3     ♡ 35     �archive 1.3K     🔖   ↥



**BiteBack** ✔ @IHearTheShofar · 2d

WINNING! 👍 👍 👍

💬     ↻     ♡ 4     �archive 515     🔖   ↥



**hotpathd** @hotpaths · 1d

Wow. How stupid does a Christian have to be to cheer for Muslims who want all the Christians dead?

💬 1     ↻     ♡ 1     �archive 19     🔖   ↥



**Sue Lewis** @SueLewis214776 · 20h

👋 Sue Lewis here. The Holy Family Catholic Church in Northern Gaza is sheltering 500 amidst bombing all around them. They are in desperate need and our holy father pope Francis is condemning Israel for starving them out!!! Israel won't let aid in. Snipers shot an elderly mother Show more

💬     ↻     ♡     �archive 7     🔖   ↥



**Ronnie Waalkes** ✔ @WaalkesR105 · 2d

👍 👍

💬     ↻     ♡ 3     �archive 501     🔖   ↥



**Amber Carey** @adacarey · 1d

Fuck off. Your victim card expired 50 years ago

💬 1     ↻     ❤️ 1     �archive 11     🔖   ↥

Post your reply






Exhibit 1
Page 11 of 37



**The Kosher Red Pill** ✔ @KosherRedPill · 1d ···

considering history, we don't need antisemitism now on behalf of the Palestinians being taught as catechism! GOOD!

💬 1    🔁    ♡    📊 61    🔖 ⬆



**Saint James Hartline** ✔ @JamesHartline · 2d ···

She just keeps getting nastier and nastier with each passing day. Her hate and bigotry is off the charts. She is completely indoctrinated into far left hate and she is dedicated to indoctrinating others. She continues to post venemous Marxist hate against Israel on a regular Show more






💬 4    🔁 2    ♡ 11    📊 230    🔖 ⬆



**Souls** 🇺🇸🇮🇱 ✔ @PSouls2 · 2d ···

FAFO

💬    🔁    ♡ 12    📊 1K    🔖 ⬆



**Lord Brian Urso, Lead Guitarist of Gi...** ✔ · 1d ···

This catholic thanks the school for FINALLY doing the right thing. Had i been on that school board she would have been fired that week not a month later!

Post your reply

    🔍        👥       

Exhibit 1
Page 12 of 37

**AzDesertRat** ✓ @chelley199999 · 2d
Thank goodness

💬  🔁  ♡ 2  ⅲ 112  🔖  ⬆️

**Jacob** ✓ @jacobmessika · 2d
😈

💬  🔁  ♡ 4  ⅲ 493  🔖  ⬆️

**Dangerous Thoughts** ✓ @dangerousthi... · 2d
excellent

💬  🔁  ♡ 2  ⅲ 252  🔖  ⬆️

**Georgie Leitch** 😈 **aka red feather** 🪶 · 1d
Bloody hell I can't someone whom presumably has degree in Theology and world politics would know better ... even More that's she's a Woman 🤦‍♀️🤦‍♀️

💬 1  🔁  ♡  ⅲ 14  🔖  ⬆️

**Sue Lewis** @SueLewis214776 · 21h
👋 Sue Lewis here, my degree is in music. I teach violin, viola, cello and music theory. I don't teach political science or theology. See my Facebook page Sue Lewis Music Lessons and SueLewisMusic.com. It contains no political content, it's about music education. Check out Show more

Sue Lewis Music Lessons
suelewismusic.com

💬  🔁  ♡  ⅲ 10  🔖  ⬆️

**Atisha's Cook** 🌻 🍁 ❄️ 🌸 🇺🇸 🇮🇱 🇺🇦 ... · 1d

Post your reply

🏠  🔍  ▱  👥  🔔  ✉️

Exhibit 1
Page 13 of 37

     

 **Atisha's Cook** 🌻🍁❄️🌸🇺🇸🇮🇱🇺🇦 ... · 1d

Maybe she can perk up her pathetic life and give some terrorist a



GIF  ALT

💬 1       🔁       ♡       📊 16       🔖  ⬆️

 **Sue Lewis** @SueLewis214776 · 20h

👋Sue Lewis here. If you have to resort to insults and obscenities, you are the pathetic one. I'm a musician and music teacher.
SueLewisMusic.com
mangonights.bandcamp.com

💬       🔁       ♡       📊 4       🔖  ⬆️

 **We the people** @Soflobiker · 1d
C u n t f a c e

💬 1       🔁       ♡       📊 12       🔖  ⬆️

Post your reply

   🔍      👥   🔔¹   ✉️

Exhibit 1
Page 14 of 37

**We the people** @Soflobiker · 1d
C u n t f a c e

💬 1    🔁    ♡    📊 12    🔖 ⬆️

**Sue Lewis** @SueLewis214776 · 20h
👋 Sue Lewis here. If you have to resort to insults, you've lost the debate...and by the way, your sexism is showing...

💬    🔁    ♡    📊 8    🔖 ⬆️

**Gary Goldstein** ✓ @GaryGol88424403 · 2d
Hallelujah.

💬    🔁    ♡ 5    📊 315    🔖 ⬆️

**Jeremy H.** 🦉 🏁 ✓ @JeremyH418 · 2d



GIF    ALT NOTHER ONE BITES THE DUST

💬    🔁    ♡ 8    📊 585    🔖 ⬆️

**Marcus Miller-Author** ✓ @kidnapperhu... · 2d
Now...sell explosive thread to the manufacturers of the keffiyehs...

💬 1    🔁    ♡ 7    📊 682    🔖 ⬆️

**Mary** ✓ @mlh247 · 2d
Great job!!!

Post your reply

🏠    🔍    ⬜    👥    🔔    ✉️

Exhibit 1
Page 15 of 37

 **JWF** ✓ @JammieWF · 2d
Must be a really rough week so far.

💬 2    ⟲    ♡ 4    📊 202    🔖    ⬆️

 **Daniel Karbowitz** ✓ @Dkarbowitz · 2d
Looks like my ex flatmate in England's aunt.

💬    ⟲    ♡ 3    📊 307    🔖    ⬆️

 **asiact** ✓ @asiact · 2d
Goodbye, racist Jew hater!

💬 3    ⟲    ♡ 11    📊 165    🔖    ⬆️

 **Tom Rowan** 🇺🇸 🇮🇱 ✓ @TomRowan777 · 2d
School choice is the #1 civil rights issue of our time.

💬    ⟲    ♡ 1    📊 108    🔖    ⬆️

 **Timothy Coyne** ✓ @coyne86108 · 2d
She'll need a pager to get another teaching position.

💬 1    ⟲    ♡ 6    📊 167    🔖    ⬆️

 **Self thinker** ✓ @AlbertNorse1 · 2d
Good . Traitor

💬    ⟲    ♡ 2    📊 61    🔖    ⬆️

 **Jack Reacher** ✓ @JackSut75865817 · 1d
Fire all this kind of teacher. One strike and youre out on your ass.

💬    ⟲    ♡ 2    📊 17    🔖    ⬆️

Post your reply

🏠    🔍        👥    🔔¹    ✉️

Exhibit 1
Page 16 of 37

 **Brandon Wolf**   @BrandonWolfX · 2d
Good. Fuck her.

💬  ⟲  ♡ 1  �archive 37  🔖  ⬆

 **DanG** ✓ @DanG74836911552 · 1d
So sickening to keep seeing these creeps who think they are enlivening their drab existences by dressing up as terrorists.

💬  ⟲  ♡  �archive 18  🔖  ⬆

 **Gerard Burgman** @Intruder4G · 2d



💬 33  ⟲ 1  ♡ 4  �archive 211  🔖  ⬆

 **dr. kaye** @bayside60 · 2d
Great news

💬  ⟲  ♡ 3  �archive 186  🔖  ⬆

Post your reply

Exhibit 1
Page 17 of 37

**Greg Hardwick** ✔ @GregHardwick31 · 2d
What an idiot. Too old to be playing games.

💬     🔁     ♡ 9     ᵢₗᵢ 310     🔖    ⬆

**Sandie** ✔ @SandieBellz · 1d
Look at that idiot. Embarrassing

💬     🔁     ♡ 2     ᵢₗᵢ 32     🔖    ⬆

**theholymugger** ✔ @theholymugger · 19h
McCarthyism is alive and well in America.

💬     🔁     ♡     ᵢₗᵢ 1     🔖    ⬆

**John Yonemori-Antal** ✔ @YonemoriJohn · 2d
These people are nuts. They need to speak to the families of the hostages and watch the video of the atrocities.

💬     🔁     ♡ 5     ᵢₗᵢ 173     🔖    ⬆

**W. 🌻 🇺🇸 🇮🇱 Pro Israel Reagan Repu...** ✔ · 2d



💬     🔁     ♡ 4     ᵢₗᵢ 95     🔖    ⬆

**Bob Schaffer** ✔ @BobSchaffe27814 · 2d
Send her to Gaza, with a pager...

Post your reply

🏠     🔍     ⬜     👥     🔔     ✉

Exhibit 1
Page 18 of 37



**11:27**

Fabio Cossa @fabiocossa64 · 1d
👍 👏 🫶 🇮🇱
💬   🔁   ♡   ᵢₗᵢ 10   🔖 ⬆

Mickey D @Micmac2240 · 2d
👏 👏 👏 👏 👏
💬   🔁   ♡ 4   ᵢₗᵢ 120   🔖 ⬆

Jeff Cohen @JeffCohen41 · 2d
Good Decision
💬   🔁   ♡ 3   ᵢₗᵢ 132   🔖 ⬆

Joseph Jimenez @JosephJime20857 · 2d
Amen
💬   🔁   ♡   ᵢₗᵢ 36   🔖 ⬆

M R @MRrugus · 2d
Woow! Great
💬   🔁   ♡   ᵢₗᵢ 19   🔖 ⬆

Andrea Grace @AndreaG92476234 · 1d
Pager time
💬   🔁   ♡   ᵢₗᵢ 12   🔖 ⬆

DKSnow 🇺🇸 @Buddica54 · 2d
Good
💬   🔁   ♡   ᵢₗᵢ 21   🔖 ⬆

Chris Reiff @ChrisReiff20 · 2d
Good.
💬   🔁   ♡ 1   ᵢₗᵢ 72   🔖 ⬆

Post your reply

Exhibit 1
Page 19 of 37

**CJ** @Patrici27656466 · 2d
Send her to Gaza, Lebanon or Iran. She would learn quickly how well they would value her.

💬 1   ↻   ♡ 1   ᐧᒐᐧ 68   🔖   ⬆️

**Cliff** @Cliffkwa · 2d
Any teacher with this message should be fired immediately

💬   ↻   ♡   ᐧᒐᐧ 21   🔖   ⬆️

**Sonny** @ichinison · 2d
Bravo. Gonzo..

💬   ↻   ♡   ᐧᒐᐧ 22   🔖   ⬆️

**Jen Casale** @JTCthatsme · 2d
Amen

💬   ↻   ♡   ᐧᒐᐧ 29   🔖   ⬆️

**Yvette Dufour** @Tigerbear_7 · 2d
Fantastic news! 😄

💬   ↻   ♡ 4   ᐧᒐᐧ 167   🔖   ⬆️

**Mark P Ryan** @MarkPRyan2 · 2d
Excellent

💬   ↻   ♡   ᐧᒐᐧ 32   🔖   ⬆️

**Pete Johnson** @choplawyer · 2d
Another W for the good guys!

💬   ↻   ♡ 2   ᐧᒐᐧ 145   🔖   ⬆️

**Lenny** @Atlgirlie · 2d
Charmer

💬   ↻   ♡ 1   ᐧᒐᐧ 91   🔖   ⬆️

Post your reply

🏠   🔍   ⬜   👥   🔔¹   ✉️

Exhibit 1
Page 20 of 37





GIF   ALT   **BUH BYE**

💬     ⟲     ♡ 5     📊 139     🔖  ↥


**NJ Trump lover** @HeardVicto78314 · 2d
👍👍👍👍

💬     ⟲     ♡ 1     📊 20     🔖  ↥


**JenMarilyn** @cotonsrock · 2d
I'm sure the school is happy she's gone. We don't need these type of people teaching our kids!

💬 2     ⟲     ♡     📊 18     🔖  ↥


**PasteyJ** @PasteyJ · 2d
never go with aqua colored glasses.

💬     ⟲     ♡ 1     📊 51     🔖  ↥


**Bren2021**🇬🇧🐾🦔🇦🇲🇺🇦🇮🇱🔯👑🎗 · 2d
Does she have a pager?📟

💬     ⟲     ♡ 3     📊 48     🔖  ↥


**Lisa Glass** @LMplusG · 2d
YIKES!  That photo on the right...

💬 1     ⟲     ♡ 6     📊 179     🔖  ↥

Post your reply

     

Exhibit 1
Page 21 of 37

**Ginger Snap** @GingerSnap54321 · 2d
I bet they like them blonde and hefty.

💬　　⟳　　♡　　ıILı 22　　🔖　　↥

**Philip Horsley** @New_York_Phil · 2d
🤣🤣🤣 Love it!!!

💬　　⟳　　♡　　ıILı 47　　🔖　　↥

**now m** @noymaco · 2d
Great news! Thank you

💬　　⟳　　♡　　ıILı 70　　🔖　　↥

**Chuck Resnick** @resnick17785 · 2d
POS

💬　　⟳　　♡　　ıILı 24　　🔖　　↥

**Uriel Carmel** @cu2_uc · 1d
👍👏

💬　　⟳　　♡　　ıILı 18　　🔖　　↥

**perez** @hardworkinginsf · 2d
Thank god!

💬　　⟳　　♡　　ıILı 20　　🔖　　↥

**Tania Rappo** @tania_rapp30422 · 2d
👏👏👏

💬　　⟳　　♡　　ıILı 19　　🔖　　↥

**Mirjana Hrgovcic** @TetaMiki2 · 2d
Thank you.

💬　　⟳　　♡　　ıILı 39　　🔖　　↥

Post your reply

Exhibit 1
Page 22 of 37

**Mr. Lakka** @ns_lakka · 1d
That's good news

💬   🔁   ♡   ili 6   🔖 ⬆️

**gina eggerding** @eggerdinggina · 2d
we're glad she's not there either

💬   🔁   ♡   ili 16   🔖 ⬆️

**Outside Agitator** 🍉 @StevenDHolmes · 1d
And they ask why protesters wear masks.

💬   🔁   ♡   ili 12   🔖 ⬆️

**Sam Thomas** @samT65 · 2d
Fantastic

💬   🔁   ♡ 1   ili 84   🔖 ⬆️

**MelindaLee** @MelindaLee65104 · 2d
Amen

💬   🔁   ♡ 3   ili 73   🔖 ⬆️

**Cappy** 👌🇺🇸 @Danoutdoors2 · 1d
OR is trash

💬   🔁   ♡   ili 8   🔖 ⬆️

**Ross H. Martin** @rosshmartin · 2d
👏 👏 👏

💬   🔁   ♡   ili 57   🔖 ⬆️

**Tony** @Tony1968GT500KR · 2d
Great News!

💬   🔁   ♡   ili 37   🔖 ⬆️

**Jim** @PapaChico67 · 2d

Post your reply

🏠   🔍   ⬜   👥   🔔   ✉️

Exhibit 1
Page 23 of 37

**Linda Dew** @linda58733 · 2d
Did her Pager explode?

💬      ⟲      ♡ 4        ᴵᴵᴵ 126      🔖      ↑

**GA** @Agazzano1 · 1d
👏👏👏👏👏👏

💬      ⟲      ♡        ᴵᴵᴵ 8        🔖      ↑

**Vanquish** @Vanquish1976671 · 2d
Pig

💬      ⟲      ♡ 1        ᴵᴵᴵ 44      🔖      ↑

**𝕏 Sebastian Shearer** 🇬🇧 🇮🇱 @sebshea... · 2d
#CancelHer

💬      ⟲ 1      ♡ 2        ᴵᴵᴵ 93      🔖      ↑

**Mel Tolson** 🇺🇸 🇺🇦 🇬🇪 🇮🇱 @MelanieTol7... · 2d
Thank God she is gone.

💬      ⟲      ♡ 2        ᴵᴵᴵ 63      🔖      ↑

**MICHAL FROM ISRAEL** @MichalJewQu... · 1d
👏👏👏

💬      ⟲      ♡        ᴵᴵᴵ 18      🔖      ↑

**Clown Bus** @l01716397clown · 2d
Excellent

💬      ⟲      ♡ 1        ᴵᴵᴵ 95      🔖      ↑

**We the People** @earlyslove · 2d
Heavens to betsy, thank goodness.

💬      ⟲      ♡ 1        ᴵᴵᴵ 31      🔖      ↑

**Oka** @NamoArvatara · 1d

Post your reply

🏠      🔍      ▱      👥      🔔      ✉

Exhibit 1
Page 24 of 37

**Jasmine Alexander** @prettykitty68 · 1d
She looks better wrapped in the towel

💬    🔁    ♡    ᵢₗᵢ 9    🔖    ⬆️

**Merida Rossetti** 👑 @Rossetti1957 · 2d
Good.

💬    🔁    ♡    ᵢₗᵢ 35    🔖    ⬆️

**sunnyjim** 🇮🇱 🟦 @godlessbutsunny · 2d
She still dresses up.
😳

💬    🔁    ♡    ᵢₗᵢ 29    🔖    ⬆️

**Tracie** ✨ @thom55833 · 2d
WTF

💬    🔁    ♡    ᵢₗᵢ 40    🔖    ⬆️

**John Treble (J3)** 🇨🇦 🇺🇦 @jtreble_me · 6m
✅

💬    🔁    ♡    ᵢₗᵢ 1    🔖    ⬆️

**Sava Off** @OffSava · 2d
Good 👍

💬    🔁    ♡    ᵢₗᵢ 31    🔖    ⬆️

**Marko** @Marko16697425 · 2d
👏👏👏👏👏👏👏

💬    🔁    ♡    ᵢₗᵢ 19    🔖    ⬆️

**The Ben Moshe Mishpacha** @thebenm... · 1d
@jewhatedb

💬    🔁    ♡    ᵢₗᵢ 16    🔖    ⬆️

Post your reply

🏠    🔍    ⬜    👥    🔔¹    ✉️

Exhibit 1
Page 25 of 37

**Rose** 🎗 @RoseBlo55om · 2d
👏👏👏👏👏

💬    🔁    ♡    ılıl 19    🔖    ⬆️

**Spry Wit** @SpryWit · 2d
She can go out and cosplay with her keffiyeh now.

💬    🔁    ♡    ılıl 19    🔖    ⬆️

**Security Chief Roc Ingersol** ⚖️ 🪷 🍩 ... · 2d
YaY! Thank you!

💬    🔁    ♡    ılıl 31    🔖    ⬆️

**Helping Orcs out windows, one at a ti...** · 13h
looks like she dyed her hair red

💬    🔁    ♡    ılıl 1    🔖    ⬆️

**john** @john23089884 · 2d
Doesn't seem very Christian for a teacher at a Catholic school to be wearing a keffiyeh – the hipster swastika.

💬 1    🔁    ♡ 1    ılıl 21    🔖    ⬆️

**cc** @cc55795589 · 2d
👏

💬    🔁    ♡    ılıl 16    🔖    ⬆️

**Pedro** @Pedrowasko · 1d
DEUS É JUSTO! GOD IS FAIR! The genocidaires in Israel will certainly suffer the consequences

💬    🔁    ❤️ 1    ılıl 11    🔖    ⬆️

**Kateanderic** @rainydaysfornow · 2d

Post your reply

🏠    🔍    ▱    👥    🔔    ✉️

Exhibit 1
Page 26 of 37

**Kateanderic** @rainydaysfornow · 2d
Omg..some these older women are just so ridiculous..does she know how stupid she looks and is? Fricken old batty loser 🤢

💬 3　　🔁　　♡　　📊 32　　🔖　　⬆️

**Robert** ✡️🟦♿🎗️🇺🇸🇮🇱🇪🇺🇺🇦🏄 @... · 2d
Is it just me or do white people wearing this shit look incredibly stupid

💬　　🔁　　♡ 1　　📊 26　　🔖　　⬆️

**Joseph Kelley** 🇮🇱 @desertghost1776 · 2d
Good, another one bites the dust. Antisemitism is terrorism. Good riddance.

💬　　🔁　　♡ 3　　📊 33　　🔖　　⬆️

**KayZee** @KatyKayZee · 2d
CATHOLIC school?— boy!— if not pedophiles they hire anti-Semites 🙄

💬　　🔁　　♡ 4　　📊 85　　🔖　　⬆️

**xplrspc** @xplrspc · 2d
so yall are basically saying, anyone who critiques israel is antisemitic? because in the last hour i found over 100 tweets from jews laughing at the innocent casualties caused by israel. Make it make sense.

💬 2　　🔁　　❤️ 2　　📊 24　　🔖　　⬆️

**Mimi W** @Floridamimi1954 · 2d
Aren't these people vetted how did she even get hired it's a Catholic highschool they get to say no to teachers that teach against their priciples

💬 1　　🔁　　♡　　📊 16　　🔖　　⬆️

Post your reply

🏠　　🔍　　⬜　　👥　　🔔　　✉️

Exhibit 1
Page 27 of 37

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

 **Mimi W**
@Floridamimi1954

 Follow

Aren't these people vetted how did she even get hired it's a Catholic highschool they get to say no to teachers that teach against their priciples

4:32 PM · 9/18/24 · **18** Views

**Most relevant replies** ∨

 **Adam Rehman** @freedompeace786 · 1d
How do we vet them ?

Do
We need a    Chosen one    Membership card ?

 **Sue Lewis** @SueLewis214776 · 20s
I only taught music, violin and cello not politics.

Post your reply

Exhibit 1
Page 28 of 37

**hotpathd** @hotpaths · 1d
Wow. How stupid does a Christian have to be to cheer for Muslims who want all the Christians dead?

💬 1        🔁        🤍 1        📊 21        🔖 ⬆️

**Sue Lewis** @SueLewis214776 · 20h
👋 Sue Lewis here. The Holy Family Catholic Church in Northern Gaza is sheltering 500 amidst bombing all around them. They are in desperate need and our holy father pope Francis is condemning Israel for starving them out!!! Israel won't let aid in. Snipers shot an elderly mother Show more

💬        🔁        🤍        📊 9        🔖 ⬆️

**whoknew** @MichaelKleer · 1d
Sue Lewis is a monster.  May she never teach again

💬        🔁        🤍        📊 7        🔖 ⬆️

🔞 **الرحالة العاشق** @Solidus48711784 · 1d
One less communist trash to worry about.

💬        🔁        🤍        📊 10        🔖 ⬆️

**alfie** ✔️ @ocean1std · 1d
Taqiyya is an Islamic practice that allows Muslims to lie and deceive for the purposes of advancing and protecting Islam,  and to undermine those who try to expose Islamic treachery  Taqiyya is used on infidels, to fool them into thinking Islam is peaceful and generous, and Show more

💬        🔁        🤍        📊 21        🔖 ⬆️

Post your reply

🏠        🔍        🔲        👥        🔔        ✉️

Exhibit 1
Page 29 of 37

**X-man Tweet** @Xmantweet9 · 1d
Economic Terrorism from a misanthropic organization

💬        ↻        ♡        ılıl 3        🔖    ⬆️

**Amy** @amiti102 · 1d
Islamic Terrorists and thier supporters don't have a good future,never.

💬        ↻        ♡        ılıl 10        🔖    ⬆️

**Todd Hall** @hallmaroa · 1d
Hell, Catholic charities is funding a large portion of the illegals entering this country, and by extension, the fentanyl that is killing thousands of Americans !!!

💬        ↻        ♡        ılıl 3        🔖    ⬆️

**AzDesertRat** ✓ @chelley199999 · 2d
Thank goodness

💬        ↻        ♡ 2        ılıl 115        🔖    ⬆️

**Zoran Skopje** @zoran_europe · 2d
Catholic? Is this a joke?

💬        ↻        ♡        ılıl 2        🔖    ⬆️

**M R** @MRrugus · 2d
Woow! Great

💬        ↻        ♡        ılıl 20        🔖    ⬆️

**Wil Webb+** ✓ @LoanNinja · 2d
Look, if you stop giving your woman that deep dicking. She will turn to the explosive vests that are ticking.

Post your reply

🏠        🔍        ▢        👥        🔔        ✉️

Exhibit 1
Page 30 of 37



useful idiots in Gaza, you could join UNWRA and help raise the next generation of racists and terrorists, sounds right up your hateful, terrorist loving street.
I hope you never work in a school, ever again.

💬     ⟲     ♡      ᐧ�0ᐧ 4     🔖   ⬆



**MICHAL FROM ISRAEL** @MichalJewQu... · 1d    ⋯
👏👏👏

💬 1     ⟲     ♡      ᐧ0ᐧ 19     🔖   ⬆



Sue Lewis @SueLewis214776 · 17m
I have earned the right to use my free speech to Criticize Israel, after all I'm paying for your war with my tax money. You should be thanking me…

💬     ⟲     ♡      ᐧ0ᐧ 1     🔖   ⬆



Sandie ✔ @SandieBellz · 1d    ⋯
Look at that idiot.  Embarrassing

💬     ⟲     ♡ 2      ᐧ0ᐧ 33     🔖   ⬆



Am Yisrael Chai @iamroyen2 · 1d    ⋯



GIF                      Hide

Post your reply

🏠     🔍     ▱     👥     🔔     ✉

Exhibit 1
Page 31 of 37



**Brandon Wolf** 🎗 🐗 ✔ @BrandonWolfX · 2d ···
Good. Fuck her.

💬    ⇄    ♡ 1    �archived 38    🔖    ↥

**Weabow** @Weabow1a · 2d ···
What a vile human being. She certainly doesn't belong in a Catholic school

💬    ⇄    ♡    �archived 12    🔖    ↥

**apip** 🎗 @mhmmdaffyf · 2d ···
Bro preach to stop anti semitism by hate,

Zionist style.

💬    ⇄    ♡    �archived 9    🔖    ↥

**Sonny** @ichinison · 2d ···
Bravo. Gonzo..

💬    ⇄    ♡    �archived 23    🔖    ↥

**Shannon Leigh Miller** 🇺🇸 🇬🇧 🏴󠁧󠁢󠁥󠁮󠁧󠁿 🇮🇱 @Sa... · 2d ···
I hope she never gets another job teaching. What a vile heinous b1tch.

💬 1    ⇄    ♡    �archived 12    🔖    ↥

**xplrspc** @xplrspc · 2d ···
so yall are basically saying, anyone who critiques israel is antisemitic? because in the last hour i found over 100 tweets from jews laughing at the innocent casualties caused by israel. Make it make sense.

💬 1    ⇄    ❤️ 2    �archived 27    🔖    ↥

**Sue Lewis** @SueLewis214776 · 11m

Post your reply

🏠    🔍    ⬜    👥    🔔    ✉️

Exhibit 1
Page 32 of 37

**JenMarilyn** @cotonsrock · 2d
I'm sure the school is happy she's gone. We don't need these type of people teaching our kids!

💬 2   🔁   ♡   ᐧlıl 19   🔖   ⬆

**Sue Lewis** @SueLewis214776 · 25m
My music students were not happy with me leaving. The parents were shocked and very upset

💬   🔁   ♡   ᐧlıl   🔖   ⬆

**TiveMorrey2** @TavieMoore2 · 2d
Have you seen Spotlight?

Wonder how many of these such bigots will just be shuffled into another spot & continue on?? ☹



BREAK THE STORY. BREAK THE SILENCE.

Spotlight (2015) ⭐ 8.1 | Biography, Crime, Drama

From imdb.com

💬 1   🔁   ♡ 1   ᐧlıl 21   🔖   ⬆

**Sue Lewis** @SueLewis214776 · 8m
Yeah I'm already in another spot. Violin and cello teachers are in high demand

💬   🔁   ♡   ᐧlıl 2   🔖   ⬆

Post your reply

Exhibit 1
Page 33 of 37

**xplrspc** @xplrspc · 2d

so yall are basically saying, anyone who critiques israel is antisemitic? because in the last hour i found over 100 tweets from jews laughing at the innocent casualties caused by israel. Make it make sense.

💬 1  🔁  ❤️ 2  📊 27  🔖  ⬆️

**Sue Lewis** @SueLewis214776 · 11m

Yeah it's so disgusting and just look at all the hateful things they are saying about me, a music teacher, just because I'm against genocide, apartheid occupation and ethnic cleansing. I don't care if it was the French or the Japanese who took over the Holy Land and committed Show more

💬  🔁  ♡  📊 3  🔖  ⬆️

**sunnyjim** 🇮🇱 🟦 @godlessbutsunny · 2d

She still dresses up.
😳

💬  🔁  ♡  📊 30  🔖  ⬆️

**gina eggerding** @eggerdinggina · 2d

we're glad she's not there either

💬  🔁  ♡  📊 17  🔖  ⬆️

**Jen Casale** @JTCthatsme · 2d

Amen

💬  🔁  ♡  📊 30  🔖  ⬆️

**DKSnow** 🇺🇸 @Buddica54 · 2d

Good

Post your reply

🏠  🔍  🖊️  👥  🔔  ✉️

Exhibit 1
Page 34 of 37

**Mimi W** @Floridamimi1954 · 2d

Aren't these people vetted how did she even get hired it's a Catholic highschool they get to say no to teachers that teach against their priciples

💬 2    ⟲    ♡    �archart 20    🔖   ⬆

**Sue Lewis** @SueLewis214776 · 11m

I only taught music, violin and cello not politics.

💬    ⟲    ♡    �archart 2    🔖   ⬆

**rah** @RahradRobbi · 2d

Hey Sue, you're not the only one thankful you're no longer teaching at a Catholic high school 🤣 🤣 🤣

💬    ⟲    ♡    �archart 10    🔖   ⬆

**cc** @cc55795589 · 2d

👏

💬    ⟲    ♡    �archart 17    🔖   ⬆

**Matt Tsui** @matt_mingkee · 2d

Wizard?!

💬    ⟲    ♡    �archart 15    🔖   ⬆

**Georgina Perry Cenizal** @CenizalPerry · 2d

She should wear the burka. Revoke her citizenship and send her to Rwanda.

💬    ⟲    ♡    �archart 14    🔖   ⬆

**Jim** @PapaChico67 · 2d

How tell me did she get hired? Good thing she`s gone.

💬    ⟲    ♡    �archart 29    🔖   ⬆

Post your reply

🏠    🔍    ⊘    👥    🔔    ✉

Exhibit 1
Page 35 of 37

💬   🔁   ♡   📊 20   🔖  ⬆️

**Ronnie Waalkes** ✔️ @WaalkesR105 · 2d
👍👍

💬   🔁   ♡ 3   📊 502   🔖  ⬆️

**Timothy Coyne** ✔️ @coyne86108 · 2d
She'll need a pager to get another teaching position.

💬 2   🔁   ♡ 6   📊 168   🔖  ⬆️

**Mirjana Hrgovcic** @TetaMiki2 · 2d
Thank you.

💬   🔁   ♡   📊 40   🔖  ⬆️

**Tulip the Clown** @Clowningis4me · 2d
Good riddance. She should be permanently blacklisted from teaching, and have her license revoked.

💬 1   🔁   ♡ 2   📊 38   🔖  ⬆️

**Sue Lewis** @SueLewis214776 · 23m
I'm still teaching at my own studio

💬   🔁   ♡   📊 1   🔖  ⬆️

**Vanquish** @Vanquish1976671 · 2d
Pig

💬   🔁   ♡ 1   📊 45   🔖  ⬆️

**John Yonemori-Antal** ✔️ @YonemoriJohn · 2d
These people are nuts. They need to speak to the families of the hostages and watch the video of the atrocities.

Post your reply

🏠   🔍   ▢   👥   🔔   ✉️

Exhibit 1
Page 36 of 37

**Bren2021** 🇬🇧 🐾 🦔 🇦🇲 🇺🇦 🇮🇱 🟪 👑 🎗 · 2d  ⋯
Does she have a pager? 🟩

💬          ⟲          ♡ 3          ılıl 49          🔖          ⬆

**JR** @jrrjr775 · 2d  ⋯
She's obviously an idiot!

💬          ⟲          ♡          ılıl 8          🔖          ⬆

**Tom Rowan** 🇺🇸 🇮🇱 ✅ @TomRowan777 · 2d  ⋯
School choice is the #1 civil rights issue of our time.

💬          ⟲          ♡ 1          ılıl 109          🔖          ⬆

**Mark M Miller** @markmm3608 · 2d  ⋯
Excellent...bigots and anti-Semite's should not be teaching children.

💬          ⟲          ♡          ılıl 8          🔖          ⬆

**Mark P Ryan** @MarkPRyan2 · 2d  ⋯
Excellent

💬          ⟲          ♡          ılıl 33          🔖          ⬆

**Realistic gal** @CatherineU24369 · 2d  ⋯
As it should be - you cannot teach our catholic faith and ignore anti semitism or any form of racism - 👍

💬          ⟲          ♡          ılıl 14          🔖          ⬆

**Randy Lallouz** 🇨🇦 @Scout_MTL · 2d  ⋯
We need to Weed out THIS PROGRESSIVE CANCER!!

Post your reply

🏠          🔍          ⎘          👥          🔔          ✉

Exhibit 1
Page 37 of 37

Posts   About   Photos   Videos   More ▾

👍 Like      💬 Comment      🔗 Copy      ↪ Share

---

 **Stop Antisemitism** ✔ is with 📷**eyalyakoby** and **3 others.**
Aug 25 · ⚙

These antisemites are teaching KIDS – must SWIPE! Then head to stories and ACT.



**CORRUPTING THE CLASSROOM:**

**CORRUPTING THE CLASSROOM:**

**KEITH PLUM**

THEODORE ROOSEVELT HIGH SCHOOL

- DENIES THE SEXUAL ASSAULTS ON OCTOBER 7TH AGAINST INNOCENT ISRAELIS BY HAMAS
- SUGGESTS ISRAEL ALLOWED THE 10/7 MASSACRE TO CARRY OUT ETHNIC CLEANSING
- DEFENDS HAMAS WHILE FALSELY ACCUSING ISRAEL OF GENOCIDE

**CORRUPTING THE CLASSROOM:**

**SUE LEWIS**

VALLEY CATHOLIC HIGH SCHOOL

- CLAIMS ISRAEL KILLED ITS OWN CITIZENS DURING THE OCTOBER 7TH MASSACRE BY HAMAS TERRORISTS
- CALLS UPON HAMAS TO DESTROY ISRAEL
- DENOUNCES THE ATROCITIES OF HAMAS AGAINST INNOCENT ISRAELI VICTIMS

**CORRUPTING THE CLASSROOM:**

**ALICE B. GREEN**

AMERGIS

- STATES ZIONISM (AKA THE JEWISH RIGHT TO SELF-DETERMINATION) IS A "DEATH CULT"
- COMPARES ZIONISM TO NAZISM
- BLAMES ANTISEMITISM ON THE JEWISH STATE

😡👍😮 23                                14 shares

👍 Like      💬 Comment      🔗 Copy      ↪ Share

---

 **Stop Antisemitism** ✔

🏠 Home   ▶ Video   👥 Friends   🏪 Marketplace   🔔 Notifications   Menu

**Exhibit 2**
**Page 1 of 1**

 

**Sue Lewis Music Lessons**
Apr 10, 2022 · 🌐



**Rose Hoffner**
Нурит Дахан Sue Lewis - Music Teacher

StopAntisemitism was disturbed to see a high school music teacher spewing vile Jew-hatred on her social media. Oregon-based Sue Lewis claimed Israel killed its own citizens on 10/7, called upon Hamas to destroy Israel, and denounced the atrocities of Hamas against innocent Israeli victims. Thanks to our advocacy, Sue Lewis has been terminated by her employer, Valley Catholic High School.

8h   Like   Reply   Message   Hide



**Rose Hoffner**
Нурит Дахан Warning to parents of students in Beaverton, OR.

Valley Catholic High School's Sue Lewis is not just instructing in the music school—she's using her platform to spread vile antisemitic hate online:

- claims Israel killed its own citizens during the October 7th massacre by Hamas terrorists
- calls upon Hamas to destroy Israel
- denounces the atrocities of Hamas against innocent Israeli victims

But the insanity doesn't stop there...

7h   Like   Reply   Message   Hide

 Write a reply...

 Comment as Sue Lewis Mus...

**Exhibit 3**
**Page 1 of 1**

 **StopAntisemitism** ✓
@StopAntisemites                                                    ⌀ ...

UPDATE: antisemite Sue Lewis is thankfully no longer teaching at Valley Catholic High School.



 **StopAntisemitism** ✓ @StopAntisemites · Aug 21, 2024

Warning to parents of students in Beaverton, OR.

Valley Catholic High School's Sue Lewis is not just instructing in the music school—she's using her platform to spread vile antisemitic hate online:

...

Show more





Two days ago, Israeli outlet Haaretz confirmed that the Israeli army intentionally killed its own people on October 7 under the Hannibal Directive.

Since then, not a single mainstream US outlet has reported on it.

▣HAARETZ

IDF Ordered Hannibal
Directive on October 7 to
15 October 2023 · ◉

**Exhibit 4**
**Page 1 of 1**



**Chaim Gleitmann**
Sep 30 · 🌐

StopAntisemitism continues to hold antisemites accountable for their hatred.
Shawna Burley, an employee of the Oklahoma Department of Human Services, used her social media to make anti-Semitic statements, denying the atrocities of a massacre and comparing Zionism to Nazism. After her hateful views were exposed, the department parted ways with her.
Sue Lewis, a music teacher, was found to be expressing hateful and anti-Semitic views on her social media. She made false claims about Israel and voiced support for the terrorist group Hamas. As a result of advocacy efforts, Sue Lewis has been dismissed from her position at Valley Catholic High School.
Brendon Zatirka, an English instructor based in Chicago, has been spreading antisemitic views outside of his teaching duties. He has made disturbing comments, including urging Zionists to "wrap their mouth around a shotgun barrel," telling a Jewish woman he hopes she's murdered by Hamas, and calling for the destruction of Israel. While Illinois Tech has severed ties with him, he remains employed at Wright College. Zatirka must be removed from his teaching position at Wright College.

👍❤️😠 19                                         5 shares

                    

**Exhibit 5**
Page 1 of 2



**SHAWNA BURLEY**
**FIRED**



**SUE LEWIS**
**FIRED**



**BRENDON ZATIRKA**
**FIRED**

**Exhibit 5**
**Page 2 of 2**

 
October 7th unleashed a torrent of long-suppressed antisemitism worldwide. Since that day, submissions of Jew hatred to StopAntisemitism have skyrocketed by over 1500%. Our dedicated team has tirelessly fought to expose the antisemites threatening our community across the nation.

Our results? Approximately 200 consequences for antisemites in our communities, leading to arrests, firings, expulsions, and canceled events in response to antisemitic threats – including approximately fifty medical professionals and two dozen educators!



Thanks for messaging us. We try to be as responsive as possible. We'll get back to you soon.

OCT 7 ↓ 10 PM

💲 Create order   🅱 Order history   💬 Sav

      Aa

**Exhibit 6**
**Page 1 of 1**