UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN M. LEWIS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>LIORA REZNICHENKO, an individual and STOPANTISEMITISM, a private entity, individually doing business as stopantisemitism.org,<br><br>Defendants - Appellees. | No. 26-7193<br><br>D.C. No.<br>3:25-cv-02082-AN<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: TALLMAN, JOHNSTONE, and TUNG, Circuit Judges.

"[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained." *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997); *see also* 28 U.S.C. § 1291.

The motion (Docket Entry No. 3) to hold this appeal in abeyance is denied.

This court lacks jurisdiction over this appeal because the September 25, 2026 order granted leave to amend. This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**